```
             UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
               Civil No. 04-949(DSD/SRN)
```

James Brady, et al.,

       Plaintiffs,

v.                                                               **ORDER**

Jerry Lee Pilsner, d/b/a Cutting
Edge Sawing & Coring,

       Defendant.

Based upon the report and recommendation by United States Magistrate Judge Susan Richard Nelson dated April 20, 2005, all the files and records, and no objections having been filed to said report and recommendation;

    **IT IS HEREBY ORDERED** that:

    1.  Judgment in the amount of $9,000 be entered against defendant.

    2.  Defendant shall execute the Indemnification and Defense Agreement provided by plaintiffs' counsel within five days of service of this order.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 10, 2005

                                                  s/David S. Doty
                                                  David S. Doty, Judge
                                                  United States District Court